FILED'11 MAR 08 12:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CNH CAPITAL AMERICA LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 10-1316-JO |
| v. | ) ) | O R D E R |
| METRO TRACTOR, INC., an Oregon corporation; ET AL., | ) ) ) ) | |
| Defendant. | ) | |

Alexander S. Kleinberg
EISENHOWER & CARLSON, PLLC
1201 Pacific Avenue, Suite 1200
Tacoma, WA 98402

Attorney for Plaintiff

JONES, Judge:

Plaintiff's motion (#16) for an award of costs and attorney's fees as to defendant Metro Tractor, Inc. is granted. as follows: Plaintiff is awarded $852.15 in costs and $19,908.00 in attorneys' fees, for a total award in the amount of $20,760.15.

DATED this 8th day of March, 2011.

_____
ROBERT E. JONES
U.S. District Judge

2 - ORDER