Alexander S. Kleinberg
Oregon State Bar ID Number 102833
akleinberg@eisenhowerlaw.com
Eisenhower & Carlson, PLLC
1201 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Telephone (253) 620-2531
Facsimile (253) 272-5732
Attorney for Plaintiff CNH Capital America LLC

FILED 17 NOV '11 15:22 USDC-ORP

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CNH CAPITAL AMERICA LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>   vs.<br><br>METRO TRACTOR, INC., an Oregon corporation; KEITH OKAMOTO and SUSAN OKAMOTO, individually and as husband and wife; GARY WRIGHT and DEBBIE WRIGHT, individually and as husband and wife; and JOHN DOES 1-50,<br><br>                    Defendants. | CV No. 10-1316-JO<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |

**THIS MATTER** having come before the Court on Plaintiff's Motion for Voluntary

Dismissal, and the Court determining that cause exists to grant the relief requested in said

Motion, and that Plaintiff's claims against Defendants Keith and Susan Okamoto, Gary and

Debbie Wright, and John Does 1-50 should be dismissed without prejudice and without costs or

fees to any party, now, therefore, it is hereby

    **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is granted in its

entirety, and Plaintiff's claims against Defendants Keith and Susan Okamoto, Gary and Debbie

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL - 1

00497927.DOC

EISENHOWER
EISENHOWER & CARLSON, PLLC

1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732

Wright, and John Does 1-50 are hereby dismissed without prejudice and without costs or fees to any party pursuant to Fed. R. Civ. P. 41(a)(2).

DATED this ___16ᵗʰ day of November, 2011.

 

THE HONORABLE ROBERT E. JONES
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL - 2

00497927.DOC

EISENHOWER

EISENHOWER & CARLSON, PLLC

1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732